Jon RHODES, Plaintiff-Appellant,

v.

Sharon RHODES, Defendant-Respondent.

No. 51444.

Missouri Court of Appeals, Eastern District, Division Three.

July 7, 1987.

Granat & Wolff, P.C., Timothy P. Philipp, Clayton, for plaintiff-appellant.

Charles Todt, St. Louis, for defendant-respondent.

ORDER

PER CURIAM.

Petitioner, Jon Rhodes, appeals from a judgment entered in favor of respondent, Sharon Rhodes, for her attorney fees in a dissolution of marriage proceeding. The judgment was entered after a contested hearing on respondent's pendente lite motion.

The judgment of the trial court is affirmed. Rule 84.16(b).